UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 09-7773-DMG(FFMx)** | Date | JANUARY 5, 2011 |

| | |
|---|---|
| Title | AMY SCHNEIROW FANNON v. NEXICON INC., ET AL. |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE., UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** **IN CHAMBERS-ORDER TO SHOW CAUSE RE SANCTIONS FOR NON-COMPLIANCE WITH COURT ORDER**

The Final Pretrial Conference is currently scheduled to take place on January 11, 2011 at 2:00 p.m. To date, the parties have not filed a proposed pretrial conference order and other documents identified in the Court's Scheduling and Case Management Order dated July 26, 2010 [Doc. #58]. The Court hereby continues the Final Pretrial Conference, along with the hearing on the motions *in limine*, to January 20, 2011 at 2:00 p.m. The parties shall file the required final pretrial conference documents by January 11, 2011. The parties also shall file a written response to this Order to Show Cause by January 11, 2011 explaining why the parties and/or their counsel should not be sanctioned for their failure to timely comply with the Court's Scheduling and Case Management Order.

**IT IS SO ORDERED.**

cc: all parties