Richard L. Knickerbocker, Esq. SB#35646
**Knickerbocker Law Group**
100 Wilshire Boulevard
Suite 1845
Santa Monica, California 90401

Telephone 310-260-9060
Telecopier 310-260-9063
Email knicklaw@gmail.com

Attorneys for Defendants, Nexicon, Inc., Sam Glines, Richard A. Urrea and Tommy Stiansen

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SCHNEIROW FANNON,<br><br>Plaintiff,<br><br>vs.<br><br>NEXICON, INC., et al.,<br><br>Defendants. | Case No. CV 09-7773DMG(FMMx)<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND TO RETAIN JURISDICTION** |

**STIPULATION AND ORDER**

**FOR DISMISSAL WITH PREJUDICE**

**UNDER TERMS OF SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED by and between the parties to this action through Plaintiff, AMY SCHNEIROW FANNON, appearing for herself (Pro Se) and Defendants through their Attorney of Record that the above-captioned action be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(2) and pursuant to the settlement terms entered into in open Court, and in accordance with the Settlement Agreement and Mutual Release signed by all parties.

IT IS FURTHER STIPULATED that the Court shall retain continuing jurisdiction to enforce the settlement agreement, and that this dismissal is subject

to and dependent on the Court's continuing to retain such jurisdiction under the terms stated in the settlement agreement

Dated: 6-18-11

_____
AMY SCHNEIROW FANNON
PLAINTIFF, *PRO SE*

_____
RICHARD L. KNICKERBOCKER
ATTORNEY FOR DEFENDANTS

**ORDER OF COURT DISMISSING ACTION
AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**

GOOD CAUSE APPEARING, and a stipulation having been signed pursuant to Federal Rules of Civil Procedures Section 41a(2), THEREFOR

This action is hereby dismissed in its entirety, with prejudice, with the Court retaining Jurisdiction to enforce the settlement.

_____
Fernando M Olguin
United States Magistrate

to and dependent on the Court's continuing to retain such jurisdiction under the terms stated in the settlement agreement

Dated: June 20, 2011

AMY SCHNEIROW FANNON
PLAINTIFF, *PRO SE*

S/RICHARD L. KNICKERBOCKER
RICHARD L. KNICKERBOCKER
ATTORNEY FOR DEFENDANTS

**ORDER OF COURT DISMISSING ACTION
AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT**

GOOD CAUSE APPEARING, and a stipulation having been signed pursuant to Federal Rules of Civil Procedures Section 41a(2), THEREFOR

This action is hereby dismissed in its entirety, with prejudice, with the Court retaining Jurisdiction to enforce the settlement.

~~Fernando M. Olguin~~ DOLLY M. GEE
United States ~~Magistrate~~ District Judge

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Amy Schneirow Fannon
4225 Michelangelo Ave
Woodland Hills, California 91364
Phone Number: 310-570-5759

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMY SCHNEIROW FANNON, | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | CV09-07773DMG(FMMx) |
| V. | |
| NEXICON, INC.;SAM GLINES RICHARD A. URREA; TOMMY STAINSEN; et. al, | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles _____, State of California, and not a party to the above-entitled cause. On June 19th _____, 20 11 ___, I served a true copy of Stipulation and Order for Dismissal of Entire Action with Prejudice and to Retain Jurisdiction _____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Woodland Hills, CA
Executed on June 19th _____, 20 11 ___ at Woodland Hills _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____                _____
Signature                                                   Party Served

CV-40 (01/00)    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE